CAUSE NO. 01-15-00494-CR.

IN THE COURT OF APPEALS
FOR THE STATE OF TEXAS
FOR SUPREME JUDICIAL DISTRICT

DONALD WAYNE HEROD
DEFENDANT / APPELLANT

V.

STATE OF TEXAS
PLAINTIFF / APPELLEE

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 17 2015

CHRISTOPHER A. PRINE

CLERK _____

ON APPEAL IN CAUSE NO. 0677275
FROM THE COUNTY CRIMINAL COURT
AT LAW #2 FROM HARRIS COUNTY,
TEXAS

BRIEF FOR APPELLANT

ORAL ARGUMENT REQUESTED

APPEAL ATTORNEY OF RECORD:
PRO SE

1

## STATEMENT REGARDING ORAL ARGUMENT

PURSUANT TO TEX. R. APP. P. 9.4(g) AND TEX. R. APP. P. 39.1 APPELLANT DOES REQUST ORAL ARGUMENT.

### NAMES OF ALL PARTIES

1. APPELLANT . . . . . DONALD WAYNE HEROD
   TDCJ# 01538539
   MCCONNELL UNIT
   3001 SOUTH EMILY DRIVE
   BEEVILLE, TX 78102

2. ATTORNEY FOR THE STATE . . . STATE PROSECUTING
   ATTORNEY
   P.O. BOX 12405, CAPITOL
   STATION
   AUSTIN, TEXAS 78711

3. TRIAL JUDGE . . . . . . . HON. JUDGE OF THE
   COUNTY CRIMINAL COURT
   AT LAW #2
   P.O. BOX 4651
   HOUSTON, TEXAS 77210-4651

4. APPELLANT'S COUNSEL . . . . PRO SE # 1538539
   3001 SOUTH EMILY DRIVE
   BEEVILLE, TEXAS 78102

2.

# Table of Contents

NAMES OF ALL PARTIES ......... 2

TABLE OF CONTENTS ........ 3

INDEX OF AUTHORITIES .. 4

STATEMENT OF THE CASE ... 5

STATEMENT OF FACTS ...... 6

POINT OF ERROR ............ 7-8

PRAYER FOR RELIEF .......... 9

CERTIFICANT OF SERVICE ........ 10

INMATES UNSWORN DECLARATION ... 11

# INDEX OF AUTHORITIES

## CASES

STATE V. WILLIAMS (App. 3 Dist. 1991)
814 S.W. 2d 256
832 S.W. 2d 52

## CONSTITUTIONS, STATUTES, AND OTHER AUTHORITIES

TEX. CODE. CRIM. PROC. CHAPTER 11 THE RULES OF

TEX. CODE. CRIM. PROC. ART. 11.073

TEX. CODE. CRIM. PROC. ART 18.01

TEX. TRANS. CODE § 724. "IMPLIED CONSENT"

TEX. TRANS. CODE § 724.012

TEX. PENAL CODE 49.013

TEX PENAL CODE 49.01

## BLACKS LAW DICT.
IMPLIED CONSENT
BLOOD ALCOHOL CONTENT

4

# STATEMENT OF THE CASE

Appellant ask this honorable court to reverse the trial court and render this case an acquittle based upon legal insufficiency! On or about December 1st 1982 Appellant had a driving accident and was not taken to a hospital for observation and no test were taken, Appellant ask for a blood test. They did not have the breath machine a that time in 1982, and the alcohol level at that time was 0.10%

5

# STATEMENT OF FACTS

UNDER CHAPTER 11 OF CODE OF CRIMINAL PROCEDURE WRIT OF HABEAS CORPUS AFFORDS THE STATE 15 days IN WHICH TO ANSWER THE APPLICATION AFTER HAVING BEEN SERVED WITH SAID APPLICATION. AFTER 15 days ALLOWED THE STATE TO ANSWER THE APPLICATION, THE COURT HAS 20 days IN WHICH IT MAY ORDER THE DESIGNATION OF ISSUES TO BE RESOLVED! IN THIS CASE BEFORE THIS COURT, THE COUNTY CRIMINAL COURT AT LAW #2 HAS REFUSED TO GO BY HABEAS CORPUS RULES, AND IN THIS "ARTICLE 11.073 RELEVANT SCIENTIFIC EVIDENCE" IN THIS CAUSE FOR ACTION THE RELEVANT SCIENTIFIC EVIDENCE WOULD BE UNDER CODE OF CRIMINAL PROCEDURE ARTICLE 18.01 WHICH SAID A PERSON REFUSEING ALCOHOL TEST SHALL BE SERVED WITH SEARCH WARRANT TO COLLECT A BLOOD SAMPLE, THIS IS RELEVANT SCINTIFIC EVIDENCE. ALSO UNDER THE TRANSPORTATION CODE 724. WHICH IS "IMPLIED CONSENT", AND 724.012 WHICH IS LAND, AIR, OR WATER. NOW THE THREE ARTICLES ARE USED IN A NO REFUSAL WEEKEND PROGRAM, TO WHICH THE LAWS AND STATUTES do NOT LIMIT THE PROGRAM TO WEEKENDS

6

# POINT OF ERROR ONE

Grounds, Arrest Transportation Code S 724.002, IF REASONABLE grounds do not EXIST FOR DRIVER'S ARREST, CONSENT TO TAKING OF BREATH OR BLOOD SPECIMEN IS NOT IMPLIED by LAW AND STATE MUST PROVE THAT ACTUAL CONSENT WAS POSITIVE AND UNEQUIVOAL AND OBTAIN WITHOUT DURESS OR COERCION, ACTUAL OR IMPLIED. STATE V. WILLIAMS (App. 3 Dist 1991) 814 S.W. 2d 256, PETITION FOR DISCRETIONARY REVIEW GRANTED, AFFIRMED 832 S.W. 2d 52

BLACKS LAW DICTIONARY

Implied consent - A PERSON'S AGREEMENT TO ALLOW SOMETHING TO HAPPEN, MADE WITH FULL KNOLEDGE OF THE RISK INVOLVED AND THE ALERNATIVES

Blood Acohol CONTENT - THE CONCENTRATION OF ALCOHOL IN ONE'S BLOOD STREAM, EXPRESSED AS A PERCENTAGE %.

## TEXAS PENAL CODE

49.031 - "OPEN CONTAINER" - MEANS A BOTTLE, CAN OR OTHER RECEPTACLE THAT CONTAINS ANY AMOUNT OF ALCOHOLIC BEVERAGE AND THAT IS OPEN, THAT HAS BEEN OPENED, THAT HAS A BROKEN SEAL

7

# Texas Penal Code

## 49.01 Definitions.

(1) "Alcohol Concentration" - means the number of grams of alcohol per. %

(A) 210 liters of breath;

(B) 100 milliliters of blood; or

(C) 67 milliliters of urine

Where is such test under the "No Refusal" Article 18.01 just where are the blood test results that is relevant scientific evidence

8

## PRAYER FOR RELIEF

APPELLANT REQUEST THIS HONORABLE COURT GRANT HIM REVERSE IN THIS CASE, INSTEAD OF GUILTY TO INNOCENT BECAUSE THE EVIDENCE AGAINST HIM IS LEGALLY INSUFFICIENT

APPELLANT FUTHER REQUEST ANY OTHER RELIEF TO WHICH HE MAY BE LEGALLY ENTITLED

EXECUTED ON THIS THE 10TH DAY OF JUNE, 2015

RESPECTFULLY SUBMITTED

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

## CERTIFICANT OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the district attorney of Harris County, Texas. By leaving a copy with the clerk of the court executed on the 10th of June, 2015

Respectfully submitted,

Donald Wayne Herod

Donald Wayne Herod #1538539

McConnell Unit

3001 South Emily Drive

Beeville, TX. 78102

10

## INMATE'S UNSWORN DECLARATION

I DONALD WAYNE HEROD #1538539, being PRESENTLY INCERCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTION DIVISION AT THE McConnell UNIT IN BEEVILLE, TX. DECLARE THE ABOUVE INSTRUMENT TO BE TRUE AND CORRECT AS TO HIS KNOWLEDGE

EXECUTED ON THIS 10TH DAY OF JUNE, 2015

RESPECT Fully Submitted,

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McConnell UNIT
3001 South EMILY DRIVE
BEEVILLE, TX. 78102

11

DONALD WAYNE HEROD #1538539
MCCONNELL UNIT
3001 South Emily Drive
BEEVILLE, TX. 78162

COURT OF APPEALS, FIRST DISTRICT

301 FANNIN STREET

HOUSTON, TX. 77002-2066

RECEIVED APPEALS
COURT OF TEXAS
FIRST COURT, TEXAS
HOUSTON

JUN 17 2015

CHRISTOPHER A. PRINE
CLERK

SAN ANTONIO TX
PM
JUNIO
2015

FOREVER USA
FOREVER USA